IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| JAMAL KASO<br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | )<br>)<br>)<br>) Civil Action No. 1:14-cv-00114-RLV<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

The Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing her decision with a remand of the cause for further administrative proceedings. On remand, the Acting Commissioner will direct the ALJ to hold a new hearing, obtain medical expert testimony to assist in determining the onset date of disability, and issue a new decision

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405 (g), this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405 (g) with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Richard L. Voorhees
U.S. District Judge

FILED
CHARLOTTE, NC
JAN 0 6 2015
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC