# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:14-CV-114

| | |
|---|---|
| JAMAL H. KASO, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| CAROLYN W. COLVIN, | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**BEFORE THE COURT** is Plaintiff's Consent Supplemental Motion for Costs. (Doc. 21). Counsel for defense indicates that a supplemental order is requested by the Judgment Fund in order for payment of the taxed costs. Both Plaintiff and Defendant consent to this motion for a supplemental order directing Defendant to pay Plaintiff $419.44 in taxed costs. Accordingly, this Court **ORDERS** Defendant to pay $419.44 in taxed costs.

**IT IS SO ORDERED**.

Signed: September 23, 2015

Richard L. Voorhees
United States District Judge